```
CIRO HERNANDEZ, ESQ., SB# 174791
Law Office of Ciro Hernandez
551 Third Avenue
Chula Vista, Ca 91910
Telephone:   (619) 266-0389

Attorney for Material Witness
```

FILED

2006 OCT -3  AM 8:50

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal No: 06cr1881LAB LSP  06cr1965 |
|---|---|---|
| Plaintiff, | ) | APPLICATION TO EXONERATE BOND ORDER; |
| v. | ) | |
| JOSE JESUS GARCIA-SOLORIO, | ) | |
| Defendant | ) | |

Ciro Hernandez, Attorney for material witness, GURKIRAT SINGH, in the above- matter, hereby request the Court exonerate the material witness bond. On September 12, 2006, the material witness filed an application for Asylum. The United States Customs and Border Protection agency notified on September 19, 2006 that the material witness has met his responsibilities and obligations as a material witness.

Therefore it is requested that the Court exonerate the material witness bond for ISRAEL BENITEZ-VEGA.

9/26/06
Date

CIRO HERNANDEZ
Attorney for Material Witness

06cr1881LAB

# ORDER

On application of Ciro Hernandez, Attorney for material witness, GURKIRAT SINGH, hereby ordered that the bond deposited on behalf of material witness GURKIRAT SINGH, be exonerated. It is further ordered that the clerk release the amount of $500 be held in the registry of the Court in the above-entitled case to the surety, Gurbrinder Sandhu.

IT IS SO ORDERED:

DATED: 10/2/06

HON. LEO S. PAPAS
UNITED STATES MAGISTRATE COURT JUDGE

R

06cr1881LAB